Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DELORES M. FISHER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 18-01691 |
| | § | |
| WAL-MART STORES TEXAS LLC | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in Stipulation of Dismissal with prejudice, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1)(ii), the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED this 15th day of February, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE